# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN P. LAWRENCE,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:14-CV-01768 |
| vs. | : | (Petition Filed 9/11/14) |
| **WARDEN D. EBBERT,** | : | (Judge Caputo) |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Lawrence's petition for writ of habeas corpus is dismissed.

2. The Clerk of Court shall close this case.

                                    s/A. Richard Caputo
                                    A. RICHARD CAPUTO
                                    United States District Judge

Dated: August 27, 2015